UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

In re:

ALPHA DATA CORPORATION          Case No. 16-30780-KKS
                                                 (Chapter 7)

_____Debtor\_\_\_/

**<u>TRUSTEE'S NOTICE OF ADDITIONAL DIVIDENDS TO CREDITORS</u>**

    The trustee herein files this Notice of Dividends to the creditors of this estate. Attached hereto is the Trustee's Final Dividend made to creditors.

    The dividend checks were mailed to creditors on November 1, 2019.

                                            <u>/s/ John E. Venn, Jr.</u>
                                            JOHN E. VENN, JR.
                                            FL Bar No. 184992
                                            1333 College Pkwy.
                                            Box 154
                                            Gulf Breeze, FL 32563
                                            (850) 438-0005
                                            johnevennjrpa@aol.com

# FINAL DISTRIBUTION
# PROPOSED DISTRIBUTION

Case Number: 16-30780KKS  
Debtor Name: ALPHA DATA CORPORATION

Page 1

Date: October 29, 2019

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $5,185.58 |
| | **Claim Type C01 - Trustee Fees** | | | | | | | |
| | JOHN E. VENN, JR., TRUSTEE COMPENSATION | Admin | 010 | $23,632.12 | $23,372.84 | $259.28 | $259.28 | $4,926.30 |
| | **Subtotal For Claim Type C01** | | | $23,632.12 | $23,372.84 | $259.28 | $259.28 | |
| | **Claim Type C03 - Accountant - Comp** | | | | | | | |
| | BIZZELL, NEFF & GALLOWAY<br>P. O. BOX 12346<br>PENSACOLA, FL 32581 | Admin | 010 | $7,158.00 | $7,158.00 | $0.00 | $0.00 | $4,926.30 |
| | **Subtotal For Claim Type C03** | | | $7,158.00 | $7,158.00 | $0.00 | $0.00 | |
| | **Claim Type C13 - Special Counsel - Comp** | | | | | | | |
| | KEVIN MCLEAN<br>1815 W. Jetton Ave.<br>Tampa, FL 33606 | Admin | 010 | $77,158.50 | $77,158.50 | $0.00 | $0.00 | $4,926.30 |
| | **Subtotal For Claim Type C13** | | | $77,158.50 | $77,158.50 | $0.00 | $0.00 | |
| | **Claim Type E01 - Trustee Expenses** | | | | | | | |
| | JOHN E. VENN, JR., TRUSTEE EXPENSES | Admin | 010 | $429.16 | $334.66 | $94.50 | $94.50 | $4,831.80 |
| | **Subtotal For Claim Type E01** | | | $429.16 | $334.66 | $94.50 | $94.50 | |
| | **Claim Type E03 - Accountant - Exp** | | | | | | | |
| | BIZZELL, NEFF & GALLOWAY<br>P. O. BOX 12346<br>PENSACOLA, FL 32581 | Admin | 010 | $55.00 | $55.00 | $0.00 | $0.00 | $4,831.80 |
| | **Subtotal For Claim Type E03** | | | $55.00 | $55.00 | $0.00 | $0.00 | |
| | Subtotals For Class Administrative   100.00000 % | | | $108,432.78 | $108,079.00 | $353.78 | $353.78 | |
| | **Claim Type U00 - Unsecured-No Description** | | | | | | | |
| 000001 | COMPASS BANK<br>401 WEST VALLEY AVE<br>HOMEWOOD, AL 35209 | Unsec | 050 | $101,611.42 | $21,642.09 | $79,969.33 | $361.30 | $4,470.50 |
| 000002 | Darrell J. Oyer & Co.<br>PO Box 11484<br>Milwaukee, WI 53211 | Unsec | 050 | $15,103.98 | $3,216.98 | $11,887.00 | $53.70 | $4,416.80 |

FINAL DISTRIBUTION
# PROPOSED DISTRIBUTION

Case Number: 16-30780KKS  
Debtor Name: ALPHA DATA CORPORATION

Page  2

Date: October 29, 2019

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | **Claim Type U00 - Unsecured-No Description** | | | | | | | |
| 000003 | American Express Travel Related Services Company Inc<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Unsec | 050 | $42,330.37 | $9,015.89 | $33,314.48 | $150.52 | $4,266.28 |
| 000004 | American Express Travel Related Services Company Inc<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Unsec | 050 | $2,845.45 | $606.05 | $2,239.40 | $10.11 | $4,256.17 |
| 000005 | InfoPro Corporation and Charles Brasfeild<br>c/o Charles F. Beall, Jr., Esquire<br>P.O. Box 13290<br>Pensacola, FL 32591-3290 | Unsec | 050 | $373,364.23 | $79,522.38 | $293,841.85 | $1,327.59 | $2,928.58 |
| 000006 | Beach Community Bank<br>c/o Robert J. Powell, Esq.<br>125 W. Romana Street, Suite 800<br>Pensacola, FL 32502 | Unsec | 050 | $80,202.27 | $17,082.18 | $63,120.09 | $285.18 | $2,643.40 |
| 000007 | Stearns Weaver Miller, et al<br>c/o Eric J. Silver, Esq./C. Graver, FRP<br>Museum Tower, Suite 2200<br>150 West Flagler Street<br>Miami, FL 33130 | Unsec | 050 | $90,722.35 | $19,322.84 | $71,399.51 | $322.59 | $2,320.81 |
| 000008 | HX5, LLC<br>212 Eglin Parkway SE<br>Fort Walton Beach, FL 32548 | Unsec | 050 | $419,240.92 | $89,293.60 | $329,947.32 | $1,490.72 | $830.09 |
| 000009 | Keefe, Anchors & Gordon, P.A.<br>2113 Lewis Turner Blvd.<br>Suite 100<br>Fort Walton Beach, FL 32547 | Unsec | 050 | $219,243.84 | $46,696.47 | $172,547.37 | $779.58 | $50.51 |
| 000010 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541 | Unsec | 050 | $1,229.85 | $261.95 | $967.90 | $4.37 | $46.14 |

FINAL DISTRIBUTION
## PROPOSED DISTRIBUTION

Case Number: 16-30780KKS  Page 3  Date: October 29, 2019
Debtor Name: ALPHA DATA CORPORATION

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | **Claim Type U00 - Unsecured-No Description** | | | | | | | |
| 000011 | Richard J. Bednar<br>3805 Fort Worth Ave<br>Alexandria, VA 22304 | Unsec | 050 | $12,976.60 | $2,763.87 | $10,212.73 | $46.14 | $0.00 |
| | **Subtotal For Claim Type U00** | | | $1,358,871.28 | $289,424.30 | $1,069,446.98 | $4,831.80 | |
| | Subtotals For Class Unsecured | | 21.65445 % | $1,358,871.28 | $289,424.30 | $1,069,446.98 | $4,831.80 | |
| << Totals >> | | | | $1,467,304.06 | $397,503.30 | $1,069,800.76 | $5,185.58 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.